Mark M. Sharf
Subchapter V Trustee
6080 Center Drive, 6th Floor
Los Angeles, CA  90045
Telephone:  (323)612-0202
Email:  mark@sharflaw.com

**FILED & ENTERED**

**DEC 27 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** mccall    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

**CHANGES MADE BY COURT**

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JENNIFER LEIGH HODGES,<br><br>        Debtor | Case Number:  8:21-bk-11662-SC<br><br>Chapter 11<br><br>ORDER CONVERTING CASE TO CHAPTER 7 AND DENYING MOTION TO CONFIRM CHAPTER 11 PLAN<br><br>Date: December 15,  2021<br>Time: 1:30 p.m.<br>Ctrm: Via Zoom |

  A combined hearing was held on December 15, 2021 at 1:30 p.m. before the Honorable Scott Clarkson, United States Bankruptcy Judge for the Central District of California, on (a) Secured Creditor McCormick 107, LLC's Motion To Convert Case To A Case Under Chapter 7 Or Alternatively To Dismiss This Case (Doc. 72, the "Motion to Convert or Dismiss"), (b) the Debtor's Motion to Confirm Plan (Doc. 76, the "Confirmation Motion") and (c) the continued Status Conference in this case (the "Status Conference'). Misty Perry Isaacson, Esq. appeared on behalf of the Debtor.  Christopher Crowell, Esq. appeared on behalf of McCormick 107, LLC.  Queenie Ng, Esq. appeared on behalf of the United States

Trustee.  Mark Sharf appeared as Subchapter V Trustee.  Jennifer Hodges, the Debtor, was present and addressed the Court.  Other appearances were as noted on the record.

The Court having read and considered all pleadings filed on the Court's docket, fand for all of the reasons noted on the record, including the representations made by the Debtor on the record, as well as those contained in the Motion to Convert  or Dismiss, the Subchapter V Trustee's Opposition to Plan Confirmation (Doc. 80),  as well as the oppositions to plan confirmation filed by the Office of the United States Trustee (Doc. 79) and McCormick 107, LLC (Doc. 83) and all other pleadings on file in this case, finds that: (1) cause exists to convert this case to chapter 7; (2) conversion is in the best interests of creditors and the estate; and (3) that unusual circumstances do not exist that would preclude conversion of this case.

**IT IS ORDERED:**

1. The Motion to Dismiss or Convert is Granted and the above captioned case is converted to one under chapter 7.
2. The Confirmation Motion is denied.

###

Date: December 27, 2021

Scott C. Clarkson
United States Bankruptcy Judge